NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**
*Plaintiff-Appellee*

**v.**

**MICRON TECHNOLOGY, INC., MICRON MEMORY JAPAN, INC.,**
*Defendants-Appellants*

**APPLE INC., ELPIDA MEMORY, INC., ELPIDA MEMORY USA, INC.,**
*Defendants*

---

2016-2358

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:15-cv-10374-FDS, Judge F. Dennis Saylor, IV.

---

**JUDGMENT**

---

STEVEN POLLINGER, McKool Smith, PC, Austin, TX, argued for plaintiff-appellee. Also represented by JOEL LANCE THOLLANDER.

EDWARD R. REINES, Weil, Gotshal & Manges LLP, Redwood Shores, CA, argued for defendants-appellants.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (REYNA, LINN, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  May 9, 2017           /s/ Peter R. Marksteiner
        Date            Peter R. Marksteiner
                           Clerk of Court